DANIEL G. BOGDEN
Nevada Bar #2137
United States Attorney
CARLOS A. GONZALEZ
Assistant United States Attorney
333 Las Vegas Blvd. South, Suite 5000
Las Vegas, Nevada 89101
Telephone: (702) 388-6336
Fax: (702) 388-6787
E-mail: Carlos.Gonzalez2@usdoj.gov

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 2:09-cv-01613-GMN(PAL) |
| vs. | **DEFAULT JUDGMENT** |
| PATRICK T. CARNEY, | |
| Defendant. | |

This cause came before the Court upon the application of The United States for judgment by default against the defendant, Patrick T. Carney. The United States appearing by and through Carlos A. Gonzalez, Assistant United States Attorney for the District of Nevada. Defendant failed to appear. The Court being fully advised in the premises, FINDS THAT:

(A) This Court has jurisdiction over the parties and the subject matter of this action;

(B) Defendant, Patrick T. Carney was duly served a copy of the Summons and Complaint in the action within the District of Nevada on August 26, 2009, pursuant to Rule 4(c) or 4(d) of the Federal Rules of Civil Procedure. A copy of the United States Waiver of the Service of Summon and Return is on file;

(C) Defendant has failed to appear, plead, or otherwise defend herein within the time allowed;

(D) No stipulation or order has been filed extending the time for the defendant to plead or otherwise defend;

(E) Defendant is now in default and a clerk's Entry of Default is now on file;

(F) Defendant is not an infant or incompetent person and not in the military service with the purview of the Soldiers' and Sailors' Civil Relief Act of 1940, as amended;

(G) Defendant is indebted to the United States by reason of the default in repaying the student loan(s);

(H) Subsequently, said Note was assigned to the United States of America. The United States is now the owner and holder of said Note. Defendant has failed to pay said Note according to the terms thereof;

(I) There is due and owing to the United States from Defendant the sum of $4,052.31 principal and $4,156.73 interest as of March 26, 2009. Interest shall accrue at the legal rate pursuant to 28 U.S.C. §1961(a) and be computed daily and compounded annually until paid in full, and United States District Court docket fees in the amount of $350.00 as provided by 28 U.S.C. §§1914(a) and 1923(a), plus costs of suit as subsequently taxed;

(J) The allegations of the Complaint are sustained by the evidence and are hereby adopted as findings of fact. The Court concludes as a matter of law that the United States is entitled to the relief demanded in the Complaint.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that The United States of America should have, and it is hereby granted, judgment against the Defendant in the amount of $8,209.04, plus interest at the rate of 8.00 percent per annum from March 26, 2009, until date of judgment. All loans will accrue interest at the legal rate of .25% from date of judgment compounded annually until the judgment and interest are paid in full

pursuant to the provision of 28 U.S.C. §1961(a), and United States Court Docket Fees in the amount of $350.00, plus costs of this action.

DATED this 8th day of September, 2010.

_____
Gloria M. Navarro
United States District Judge

Submitted by:

DANIEL G.. BOGDEN
United States Attorney


//S// CARLOS A. GONZALEZ
CARLOS A. GONZALEZ
Assistant U. S. Attorney